# CRIMINAL INFORMATION SHEET

Date: __6/14/2019__  Judge: MJ McCarthy  Deputy: Tami Calico
USPO: Garrett Thomas  ✓ MJ Cleary  Stacy Turner
Interpreter: Yes ✓ No  MJ Jayne  ✓ Stephanie Cope

Case No. __19-CR-104-CVE__  USA v. __Gordon Bond Starks__

Date of Arrest: __06/14/2019__  Arrested By: __USMS__  Detention Requested by AUSA

Bail Recommendation: $10,000.00  ✓ Unsecured

**Additional Conditions of Release:**

✓ a.  ✓ b. _____  p ( 1, 2, 3, 4, 5, 6 )
✓ c.  ✓ d.  q ( 1, 2, 3, 4, 5, 6, 7, 8 )
e. _____  r ( 1, 2, 3, 4, 5, 6 )
✓ f.  g.  h.  ✓ i.  j.  s
k.  l.  m.  n.  o.  t (other)

Defendant Requests Federal Public Defender/Ct. Appt. Counsel: ✓ Yes  No

Defendant's Attorney: William Lunn  FPD;  ✓ Ct. Appt;  Ret Counsel

AUSA: Chris Nassar

**MINUTES:**

Interpreter: _____ ; ☐ Sworn

✓ Defendant appears in person for IA on: ✓ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☐ Rule 5
  with: ☐ Ret Counsel; ☐ FPD; ✓ Ct. Appt; ☐ w/o Counsel

✓ Financial Affidavit received and FPD/CJA appointed; ✓ Present ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:
  ✓ Verified in open court
  ☐ Corrected by interlineation to _____
    to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
  ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings

✓ Bond set for __$10,000.00__ ; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

✓ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ✓ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at ____ a.m./p.m.

☐ Arraignment scheduled: _____ at ____ a.m./p.m.

☐ Detention Hearing scheduled: _____ at ____ a.m./p.m.

☐ Preliminary Exam scheduled: _____ at ____ a.m./p.m.

☐ Defendant remanded to custody of U.S. Marshal:  ☐ Pending further proceeding; ☐ Pending release on bond for treatment

Mot. for Detention # ___: ☐ Granted; ☐ Denied; ☐ Moot  Mot. for Hearing # ___: ☐ Granted; ☐ Denied; ☐ Moot

Additional Minutes: _____

Criminal Information Sheet  CR-24 (8/16)