# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 19-CR-00104-CVE |
| | ) | |
| **GORDON BOND STARKS, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR LEAVE TO DISMISS

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and in the best interest of justice, plaintiff hereby moves the Court for leave to dismiss the Indictment (Dkt. #2), against defendant in the above-styled cause, without prejudice.

WHEREFORE, premises considered, plaintiff prays that the instant motion be granted, and for all other proper relief.

Respectfully submitted,

R. TRENT SHORES
UNITED STATES ATTORNEY

/s/ *Christopher J. Nassar*
CHRISTOPHER J. NASSAR, OBA No. 31167
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

## CERTIFICATE OF SERVICE

This is to certify that on the 3rd day of September 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

William D. Lunn
Attorney for Defendant

/s/ *Christopher J. Nassar*
CHRISTOPHER J. NASSAR
Assistant United States Attorney